IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GREGORY LEBRUN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:19-cv-00078-JRG-RSP |
| § | |
| KANSAS CITY SOUTHERN RAILWAY § | |
| COMPANY, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated September 3, 2019. (Dkt. No. 25.) Within this Report and Recommendation, the Magistrate Judge recommended that Defendant Kansas City Southern Railway Company's Motion to Dismiss for Lack of Jurisdiction be granted. (*Id.*) However, instead of recommending dismissal of the case, Magistrate Judge Payne recommended that the case be transferred to the Shreveport Division of the Western District of Louisiana pursuant to 28 U.S.C. § 1631. (*Id.*) Neither Plaintiff nor Defendant have filed any objections to this Report and Recommendation.

Since no objections have been filed and because the Court agrees with the reasoning set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that this case is hereby transferred to the Shreveport Division of the Western District of Louisiana.

**So Ordered this**
**Sep 24, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE